**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000415
05-JUN-2015
08:43 AM**

NO. CAAP-13-0000415

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAMES K. LIBERO, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 13-1-0002; CR. NO. 98-0697)

ORDER DENYING MOTION FILED ON JUNE 1, 2015
(By: Nakamura, C.J., and Foley and Reifurth, JJ.)

Upon consideration of Petitioner-Appellant James K. Libero's June 1, 2015 Motion for Rule 35 Correction or Reduction of Sentence: Summary Disposition Order Denying Libero's Petition Filed on April 10, 2013 Reappeal, which we interpret to be a motion for reconsideration of the Summary Disposition Order filed on May 22, 2015, and the record and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, June 5, 2015.

*Craig H. Nakamura*
Chief Judge

*Daniel R. Foley*
Associate Judge

*Lawrence M. Reifurth*
Associate Judge